J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333


Attorney for Defendant
VERONICA CORNEJO ANAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 08 cr 431 LJO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE & REVISED ORDER THEREON** |
| vs. | |
| VERONICA CORNEJO ANAYA, | |
| Defendant. | |

**STIPULATION**

It is stipulated and agreed between the parties that the status conference in the above matter currently set for March 20, 2009, be continued to April 24, 2009 at 9:00 a.m.

The reason for the requested continuance is that on March 20, 2009, defense counsel will be engaged in a preliminary hearing conference in Tulare County Superior Court, Department 4 in Visalia, California.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161

1

1 | (h)(8)(B)(I) to and through April 24, 2009.
2 | I hereby agree to the above stipulation.
3 | Dated: March 19, 2009

                        s/J.M. Irigoyen

                      _____
                      by: J.M. Irigoyen
                      Attorney for Defendant

I hereby consent to the above stipulation.

DATED: March 19, 2009
                      s/Ian Garriques

                      _____
                      By: Ian Garriques
                      Assistant U.S. Attorney

<u>ORDER CONTINUING STATUS CONFERENCE DATE</u>

WHILE THERE IS GOOD CAUSE TO CONTINUE THE STATUS CONFERENCE, IT HAS NOT BEEN EXPLAINED WHY 30 DAYS IS NEEDED. THE MATTER IS CONTINUED ONE WEEK, TO March 27, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 19, 2009**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE